UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. **99 - 14039**

**CR-MIDDLEBROOKS**

21 841(a)(1)     MAGISTRATE JUDGE
18 USC 2
**LYNCH**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ABEL TRAVIESO,
    and
LUIS TRAVIESO,

       Defendants.

_____/

FILED by _____ D.C.

JUL 2 2 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 25, 1999, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendants,

ABEL TRAVIESO,
and
LUIS TRAVIESO,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury, to possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in the form of cocaine

hydrochloride, in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT II

On or about June 25, 1999, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendants,

ABEL TRAVIESO<br>
and<br>
LUIS TRAVIESO,

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in the form of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBERT H. WATERS, Jr.
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO **99 - 14039**

v.

CERTIFICATE OF TRIAL ATTORNEY  **MIDDLEBROOKS**

ABEL TRAVIESO,
LUIS TRAVIESO,

**MAGISTRATE JUDGE LYNCH**

Superseding Case Information:

**Court Division:** (Select One)

New Defendant(s)        Yes  _X_   No ____
Number of New Defendants        _2_
Total number of counts        _2_

____ Miami      ____ Key West
____ FTL      ____ WPB      **X**  FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:(Yes or No) **No**
     List language and/or dialect _____

4.   This case will take _2_ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                          (Check only one)

| I   | 0 to 5 days    | _X_   | Petty   | _____ |
| II  | 6 to 10 days   | _____ | Minor   | _____ |
| III | 11 to 20 days  | _____ | Misdem. | _____ |
| IV  | 21 to 60 days  | _____ | Felony  | _X_    |
| V   | 61 days and over | _____ |         |        |

6.   Has this case been previously filed in this District Court? (Yes or No)  _No_
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No. ____99-58-F.JII____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _7-15-99_
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)        No

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes _X_ No

ROBERT H. WATERS, Jr.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 365483

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   ABEL TRAVIESO _____   No.: _____

Count #1:
  Conspiracy to distribute cocaine hydrochloride; 21:846

*Max. Penalty:   10 years to Life; $4 million fine

Count #2:
  Possess with intent to distribute cocaine hydrochloride; 21-841(a)(1)

*Max. Penalty:   10 years to Life; $4 million fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: ___LUIS TRAVIESO_____   No.:_____

Count #1:
___Conspiracy to distribute cocaine hydrochloride; 21:846_____

*Max. Penalty:____10 years to Life; $4 million fine_____

Count #2:
___Possess with intent to distribute cocaine hydrochloride; 21-841(a)(1)_____

*Max. Penalty:____10 years to Life; $4 million fine_____

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-58-FJL

UNITED STATES OF AMERICA,

v.

LUIS DAVID TRAVIESO,
DOB: 03-27-66

        Defendant.
_____/

## NOTICE OF FILING PERMANENT APPEARANCE OF COUNSEL

COMES NOW Michael D. Lebedeker, Esq., and files this appearance as counsel for the above named defendant.  Counsel agrees to represent the defendant for trial purposes only arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the defendant.

1

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid to **ROBERT H. WATERS, JR., ESQ.,** Assistant United States Attorney, 701 Clematis Street, West Palm Beach, FL 33401, on this _19th_ day of July, 1999.

MICHAEL D. LEBEDEKER, ESQ.
Florida Bar No. 351288
Attorney for Defendant
711 North Flagler Drive
West Palm Beach, FL 33401
Telephone: (561) 832-5661
       Fax: (561) 832-4766

Notice of Appearance
Case No. 99-58 FJL
Luis David Travieso

2

# COURT MINUTES

U.S. MAGISTRATE JUDGE <u>LINNEA R. JOHNSON</u>  DATE: <u>07/21/99</u>  TIME: <u>9:00 AM</u>

DEFT. <u>LUIS TRAVIESO (J)</u>            CASE NO. <u>99-58-FJL</u>

AUSA. <u>ROBERT WATERS</u> PRESENT        ATTY. _____

AGENT. <u>DEA</u>                        VIOL. <u>21:846, 841(a)(1)</u>

PROCEEDING <u>DETENTION HEARING</u>       BOND. <u>PTD (REQUESTED BY GOVT)</u>

REPORT RE: COUNSEL

DISPOSITION COUNSEL MICHAEL LEBEDECKER ENTERS A PERMANENT APPEARANCE AS COUNSEL FOR DEFENDANT

DETENTION HEARING AND POSSIBLE ARRAIGNMENT SET FOR FRIDAY, 7/23/99 AT 9:30AM BEFORE JUDGE VITUNAC

DATE: <u>7/21/99</u>            TAPE: LRJ-99-32-122-460

## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 07/21/99   TIME: 9:00 AM

DEFT. ABEL TRAVIESO (J)                    CASE NO. 99-58-FJL

AUSA. ROBERT WATERS   *PRESENT*           ATTY.

AGENT. DEA                                 VIOL.   21:846, 841(a)(1)

                REPORT RE: COUNSEL
PROCEEDING DETENTION HEARING              BOND. PTD (REQUESTED BY GOVT)

DISPOSITION COUNSEL JAMES EISENBERG ENTERS

A PERMANENT APPEARANCE AS COUNSEL

FOR DEFENDANT

DETENTION HEARING AND POSSIBLE

ARRAIGNMENT SET FOR FRIDAY - 7/23/99

AT 9:30AM BEFORE JUDGE VITUNAC

DATE: 7/21/99                    TAPE: LRJ-99-32-122-460

14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _99-58- Fool_ JUL 21  PM 4:30

UNITED STATES OF AMERICA

VS.

_ABEL TRAVIESO_ /

NOTICE OF PERMANENT
APPEARANCE OF COUNSEL
OF RECORD

TRIAL ONLY: ___X___

TRIAL AND APPEAL: _____

COMES NOW _James Eisenberg_ and files this appearance
as counsel for the above named defendant.  Counsel agrees to
represent the Defendant for all proceedings arising out of the
transaction with which the defendant is presently charged in the
United States District Court in and for the Southern District of
Florida.

Counsel hereby states that this appearance is unconditional
and in  conformity with the requirements of Local General Rule
11.1(d) and Rule 4 of the Special Rules Governing the Admission and
Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of
the right of appeal, and if signed on to represent the defendant
through appeal, to file a timely notice of appeal if requested to
do so by the defendant, and to pursue that appeal unless relieved
by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR
WITHDRAWAL FROM THIS REPRESENTATION.

DATE: _7/21/99_          BAR NO. _216615_

ATTORNEY: (Print Name) _James L. Eisenberg_

SIGNATURE: _____

ADDRESS: _250 Australian Ave #704_

CITY: _WPB_          STATE: _FL_   ZIP CODE: _33401_

TELEPHONE NO. _(561) 659-2009_

The undersigned defendant hereby consents to the
representation by the above counsel.

X _____

permcsl.not

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _99-58-FJL_

99  JUL 21  PH 4: 30

UNITED STATES OF AMERICA

VS.

_LUIS TRAVIESO1_

NOTICE OF PERMANENT
APPEARANCE OF COUNSEL
OF RECORD

TRIAL **ONLY:** ___X___

TRIAL **AND APPEAL:** _____

COMES NOW _MICHAEL D. LEBEDEKER_ and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: _7/4/99_          BAR NO. _351288_

ATTORNEY: (Print Name) _MICHAEL D. LEBEDEKER_

SIGNATURE: _____

ADDRESS: _7U N. FLAGLER DR._

CITY: _WPB_        STATE: _FL_    ZIP CODE: _33401_

TELEPHONE NO. _561-832-5661_

The undersigned defendant hereby consents to the representation by the above counsel.

X _____

permcs1.not

COPY FOR JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: **99-58-FJL**

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER ON INITIAL APPEARANCE

Language **ENGLISH**

v.

Tape No. **AEV 99-108-477**

AUSA **ELLEN COHEN**

    Defendant.

**LUIS TRAVIESO** /

Agent **DEA**

FILED by
**JUL 16 1999**
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

The above-named defendant having been arrested on _____ **7-15-99** _____, having appeared before the court for initial appearance on _____ **7-16-99** _____, and proceedings having been held in accordance with *F.R.C.P.* 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

    Address: _____

    Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

    Address: _____

    Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at **WPB'** on **WEDNESDAY, 7-21-99 @ 9:30 AM BEFORE JUDGE LYNCH** , 19___.

4. Arraignment/~~Preliminary/Removal/Identity~~ hearing is set for **MONDAY, 7-26-99 @ 9:30 AM IN FT. PIERCE BEFORE JUDGE LYNCH** , 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because **COURT ORDERED** _____

    A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for **WEDNESDAY, 7-21-99 @ 9:30 AM IN WPB BEFORE JUDGE LYNCH** , 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

SDFM-1
Rev.12/95

USA v. LUIS TRAVIESO
99-58-FJL

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set: At Arrest _____

               On Warrant _____

               After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at _____**WPB**_____, this __**16**__ day of __**JULY**__, 19__**99**__.

_____
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and correct copy of the original. Carlos Juenke, Clerk U.S. District Court Southern District of Florida

*C Arnold*

Deputy Clerk

Date *7/28/99*

DISTRIBUTION:
     WHITE to Court file
     BLUE to defendant
     GREEN to Assistant U.S. Attorney
     YELLOW to Counsel
     PINK to U.S. Marshal
     GOLD TO Pretrial Services

SDFF M-1
Rev.12/95

COPY FOR JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **99-58-FJL**

UNITED STATES OF AMERICA,

Plaintiff,

FILED by _____

JUL 1 6 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

v.

ORDER ON INITIAL APPEARANCE

Language **ENGLISH**

Tape No. **AKV 99-108-315**

AUSA **ELLEN COHEN**

Agent **DEA**

Defendant.
**ABEL TRAVIESO** /

The above-named defendant having been arrested on _____**7-13-99**_____, having

appeared before the court for initial appearance on _____**7-16-99**_____,

and proceedings having been held in accordance with *F.R.C.P.* 5 or 40(a), it is thereupon
ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at **WPB** on **WEDNESDAY, 7-21-99 @ 9:30 AM BEFORE JUDGE LYNCH** _____, 19___.

4. Arraignment/~~Preliminary/Removal hearing~~ hearing is set for **MONDAY, 7-26-99 @ 9:30 AM IN FT. PIERCE BEFORE JUDGE LYNCH** _____, 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____ **COURT ORDERED**

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for **WEDNESDAY, 7-21-99 @ 9:30 AM IN WPB BEFORE JUDGE LYNCH** _____, 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

   _____

   _____

   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

   ___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

   ___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

   ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

   ___ d. Maintain or actively seek full-time gainful employment.

   ___ e. Maintain or begin an educational program.

   ___ f. Avoid all contact with victims of or witnesses to the crimes charged.

   ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

   ___ h. Comply with the following curfew: _____

SDFM-1
Rev.12/95

—1—

\_\_ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set: At Arrest   _____

On Warrant   _____

After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

\_\_ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at \_\_\_\_**WPB**\_\_\_\_, this \_\_**16**\_\_ day of \_\_\_\_**JULY**\_\_\_\_, 19**99**.

_____

UNITED STATES MAGISTRATE JUDGE

Certified to be a true and correct copy of the original.
Carlos Juenke, Clerk
U.S. District Court
Southern District of Florida
By _C. Arnold_
Deputy Clerk
Date _7/28/99_

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.12/95

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE #  _99-58-FJL_ ✓

VS.                               REPORT COMMENCING CRIMINAL ACTION

_Luis Trevlesc_          PRISONER #  _53579-004_

**********************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     WEST PALM BEACH     (FT. PIERCE)

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
**********************************************************

ALL ITEMS ARE TO BE COMPLETED.  INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"  _071699 (Fed)  6Am_

1) DATE AND TIME OF ARREST: _062599 (State)  10Am_

2) LANGUAGE(S) SPOKEN: _English (Fluent) and Spanish_

3) OFFENSE(S) CHARGED: _Conspiracy to PWID Cocaine_

4) U. S. CITIZEN   [ ] YES   [✗] NO   [ ] UNKNOWN

5) DATE OF BIRTH: _032766_

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT       [✗] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _99-58-FJL_

   ORIGINATING DISTRICT: _So Dist Fla_

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✗] YES   [ ] NO

7) AMOUNT OF BOND: _None (PTD)_ WHO SET BOND _Judge Lynch_

8) ARRESTING AGENT: _TFO Ron Caudell_ DATE: _71699_

9) AGENCY _DEA - Ft Pierce_ PHONE: _561 462 3365_

10) REMARKS:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE # _99-58-FIL_

VS.                               REPORT COMMENCING CRIMINAL ACTION

_ABEL TRAVIESO_          PRISONER # _27482-004_

*************************************************************
TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)


MIAMI     FT. LAUDERDALE     WEST PALM BEACH     FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*************************************************************

ALL ITEMS ARE TO BE COMPLETED.  INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A" _071699 (Fed)   6:00 am_

1) DATE AND TIME OF ARREST: _062599 (State)   10:30 am_

2) LANGUAGE(S) SPOKEN: _English (Fluent) and Spanish_

3) OFFENSE(S) CHARGED: _Consp. To Pw ID Cocaine_

4) U. S. CITIZEN   [ ] YES     [✓] NO     [ ] UNKNOWN

5) DATE OF BIRTH: _9/1/60_

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT      [✗] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _99-58-FSL_

   ORIGINATING DISTRICT: _So. Dist. Fla_

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

7) AMOUNT OF BOND: _None (PTD)_  WHO SET BOND _Judge Lynch_

8) ARRESTING AGENT: _TFO Ron Chandell_   DATE: _7-16-99_

9) AGENCY _DEA - G Pierce_   PHONE: _561-462-3369_

10) REMARKS:

**WARRANT FOR ARREST**

| United States District Court | DISTRICT | Southern District of Florida |
|---|---|---|

| UNITED STATES OF AMERICA | DOCKET | MAGISTRATE CASE NO. *99-58-PSL* |
|---|---|---|

v.

ABEL TRAVIESO

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

Abel Travieso
4957 Homewood Dr.
West Palm Beach, FL
DOB: 09/1/60    SSN: UNKNOWN
W/M

| WARRANT ISSUED ON THE BASIS OF: | |
|---|---|
| ☐ Order of Court | |
| ☐ Indictment  ☐ Information  X  Complaint | |

| TO: | DISTRICT OF ARREST |
|---|---|
| United States Marshals Service or any other authorized representative | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with the intent to distribute a Schedule II narcotic controlled substance, that is, cocaine hydrochloride.

RECEIVED
1999 JUL 14 PM 4: 04
SOUTHERN DISTRICT OF FLORIDA
W. PALM BCH. OFF.
UNITED STATES MARSHAL

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 21 | 841(a)(1) |

| BAIL FIXED BY COURT *none - detained* | OTHER CONDITIONS OF RELEASE | |
|---|---|---|

| ORDERED BY | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE |
|---|---|---|
| ANN E. VITUNAC UNITED STATES MAGISTRATE JUDGE | *Ann E. Vitunac* | July 14, 1999 |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
|---|---|---|
| CARLOS JUENKE | *Sandra Clemedo* | 7-14-99 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 7/14/99 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 7/14/99 | James A. Tassone, US Marshal By NL Navitsky DUSM | |

[1] United States Judge or Judge of a State Court of Record

403864
9904-0715-2161-Z

**ABEL TRAVIESO**
DEFENDANT

Pretrial Detention is recommended as to defendant.

JOHN C. MCMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

CR 12 (Rev. 9/82)   WARRANT FOR ARREST   AUSA Bob Waters/DEA

# United States District Court

| | |
|---|---|
| **DISTRICT** | Southern District of Florida |

| | |
|---|---|
| UNITED STATES OF AMERICA | **DOCKET** **MAGISTRATE CASE NO.** 99-58- FJL |
| v. | |
| LUIS TRAVIESO | **NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED** |

**WARRANT ISSUED ON THE BASIS OF:**

☐ Indictment  ☐ Information  ☐ Order of Court  X Complaint

Luis Travieso
4957 Homewood Dr.
West Palm Beach, FL
DOB: 03/27/60     SSN: 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
W/M

**TO:**
United States Marshals Service or any
other authorized representative

**DISTRICT OF ARREST**

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person
before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with the intent to distribute a Schedule II narcotic controlled
substance, that is, cocaine hydrochloride.

RECEIVED
UNITED STATES MARSHAL
SOUTHERN DIST. OF
FLORIDA
W. PALM BEACH OFF.
1999 JUL 14  PM 4: 04

| IN VIOLATION OF | **UNITED STATES CODE TITLE** 21 | **SECTION** 841(a)(1) |
|---|---|---|

| | |
|---|---|
| **BAIL FIXED BY COURT** None - detain | **OTHER CONDITIONS OF RELEASE** |
| **ORDERED BY** ANN E. VITUNAC UNITED STATES MAGISTRATE JUDGE | **SIGNATURE (JUDGE[1]/U.S. MAGISTRATE)** Ann Vitunac   **DATE** July 14, 1999 |
| **CLERK OF COURT** CARLOS JUENKE | **(BY) DEPUTY CLERK** Sandra Acevedo   **DATE ISSUED** 7-14-99 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| **DATE RECEIVED** 7/14/99 | **NAME AND TITLE OF ARRESTING OFFICER** James A. Tassone, US Marshal | **SIGNATURE OF ARRESTING OFFIVER** |
|---|---|---|
| **DATE EXECUTED** 7/16/99 | By Nick Navitsky DUSM | NK Navitsky |

[1]United States Judge or Judge of a State Court of Record

4038266
9904-0715-2162-Z

<u>LUIS TRAVIESO</u>
DEFENDANT

Pretrial Detention is recommended as to defendant.

_____
JOHN C. MCMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/16/99 ___ TIME: 9:30 AM

DEFT. ___ LUIS TRAVIESO ___ (J)        CASE NO. ___ 99-58-FJL

AUSA. ALLEN COHEN ✓
ROBERT WATERS ___            ATTY. ___

AGENT. ___ DEA ___               VIOL. ___ 21:841 (a)(1), 846

PROCEEDING ___ INITIAL HEARING ___    BOND. PTD (REQUESTED BY GOVT)

DISPOSITION _Initial held_

_Deft present - sworn Hrst_

_Complaint read to deft & advised of his Rights_

_Deft states he has retain atty. Michael_
_Eberdecan_

_States he Counsel & Detention set for Wed._
_7-21-99 @ 9:30 am in WPB before Judge Lynch._
_Arraignment Set for 7-26-99 @ 9:30 Am in_
_Ft. Pierce before Judge Lynch._

DATE: _7-16-99_              TAPE: _ATV 99-108-477_

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE:_07/16/99_____ TIME:__9:30 AM_

DEFT._____ABEL TRAVIESO___(J)____     CASE NO.____99-58-FJL_____

AUSA._Ellen Cohen ✓_
_ROBERT WATERS____     ATTY._____

AGENT._____DEA_____     VIOL._21:841 (a)(1), 846__

PROCEEDING__INITIAL HEARING_____     BOND._PTD (REQUESTED BY GOV'T)

DISPOSITION _Initial held_

_Deft present - sworn / test_

_Complaint read to deft & advised of his rights_

_Deft states he has retain atty. James Eisenberg_

_States he Counsel & Detention set for_

_Wed. 7-21-99 @ 9:30 am in WPB before_

_Judge Lynch._

_Arraignment set for 7-26-99 @ 9:30 am_

_in Ft. Pierce before Judge Lynch._

DATE:_7-16-99_____     TAPE:_AEV 99-108-315_

# United States District Court

| | |
|---|---|
| | **DISTRICT**  Southern District of Florida |

**UNITED STATES OF AMERICA**

**v.**

**LUIS TRAVIESO**

| **DOCKET** | **MAGISTRATE CASE NO.** 99-58-FJL |
|---|---|

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

Luis Travieso
4957 Homewood Dr.
West Palm Beach, FL
DOB: 03/27/60      SSN: 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
W/M

**WARRANT ISSUED ON THE BASIS OF:**

☐ Indictment  ☐ Information  X Complaint  ☐ Order of Court

**TO:**
United States Marshals Service or any other authorized representative

**DISTRICT OF ARREST**

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with the intent to distribute a Schedule II narcotic controlled substance, that is, cocaine hydrochloride.

| IN VIOLATION OF | **UNITED STATES CODE TITLE** 21 | **SECTION** 841(a)(1) |
|---|---|---|

**BAIL FIXED BY COURT**  none - detain

| **OTHER CONDITIONS OF RELEASE** | |
|---|---|

**ORDERED BY**
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE (JUDGE) /U.S. MAGISTRATE)**

**DATE**  July 14, 1999

**CLERK OF COURT**

CARLOS JUENKE

**(BY) DEPUTY CLERK**  Sandra Acevedo

**DATE ISSUED**  7-14-99

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFIVER |
|---|---|---|
| DATE EXECUTED | | |

[1]United States Judge or Judge of a State Court of Record

<u>LUIS TRAVIESO</u>
DEFENDANT

Pretrial Detention is recommended as to defendant.

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

| United States District Court | DISTRICT | Southern District of Florida |
|---|---|---|
| | DOCKET | |

## United States District Court

| | DISTRICT | Southern District of Florida |
|---|---|---|

UNITED STATES OF AMERICA

v.

ABEL TRAVIESO

DOCKET

MAGISTRATE CASE NO.
99-58-PJC

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

Abel Travieso
4957 Homewood Dr.
West Palm Beach, FL
DOB: 09/1/60     SSN: UNKNOWN
W/M

WARRANT ISSUED ON THE BASIS OF:

☐ Order of Court
☐ Indictment  ☐ Information  X Complaint

TO:

United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with the intent to distribute a Schedule II narcotic controlled substance, that is, cocaine hydrochloride.

99 JUL 14 PM 2: 20

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 21 | 841(a)(1) |

BAIL FIXED BY COURT
none-detain

OTHER CONDITIONS OF RELEASE

ORDERED BY
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

SIGNATURE (JUDGE[1]/U.S. MAGISTRATE)

DATE
July 14, 1999

CLERK OF COURT

CARLOS JUENKE

(BY) DEPUTY CLERK
Sandra Acevedo

DATE ISSUED
7-14-99

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFIVER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record

<u>**ABEL TRAVIESO**</u>
**DEFENDANT**

Pretrial Detention is recommended as to defendant.

JOHN C. MCMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

AO 91 (Rev. 5/85) Criminal Complaint       AUSA Robert H. Waters, J.

# United States District Court

_____ SOUTHERN _____   **DISTRICT OF** _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

**ABEL TRAVIESO**
(Male, DOB: 09-01-60)
and
**LUIS TRAVIESO**
(Male, DOB: 03-27-60)

(Name and Address of Defendant)

### CRIMINAL COMPLAINT

**CASE NUMBER: 99-58-FJL**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 25, 1999 in St. Lucie County, in the Southern District of Florida; and elsewhere the defendant,

did knowingly and intentionally conspire to possess with intent to distribute cocaine hydrochloride,

in violation of Title  21  United States Code, Sections   846 and 841(a)(1)        .

I further state that I am a DEA Task Force Officer, and that this complaint is based on the following facts:

### *PLEASE SEE ATTACHED AFFIDAVIT.*

Continued on the attached and made a part hereof:       [x] Yes   [ ] No

_____
Signature of Complainant
**Ronald Caudell, Task Force Officer**
**Drug Enforcement Administration**

Sworn to before me, and subscribed in my presence,

July 14, 1999
Date

at   West Palm Beach, Florida
City and State

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT
## OF
## RONALD M. CAUDELL
## TASK FORCE OFFICER
## DRUG ENFORCEMENT ADMINISTRATION

1.    I have been employed as a police officer with the
Port St. Lucie Police Department for approximately four years.
In January 1998, I was appointed as a Drug Enforcement
Administration Task Force Officer assigned to the Drug
Enforcement Agency Task Force in Ft. Pierce, Florida, and
currently work in that capacity.    Prior to that, I was
employed with the Tampa Police Department for five years and
the Greenville County Sheriff's Department, Greenville, South
Carolina, for three years.    During my employment with the
Tampa Police Department, I was assigned to a narcotics unit
for approximately three years. During my career, I have
conducted numerous narcotic investigations, including in the
capacity of an undercover agent purchasing drugs, as well as
investigations involving smuggling operations and wire taps.
As a result, I have effected numerous arrests which were
narcotic related.    In addition, I have attended courses of
instruction such as the Drug Enforcement Administration (DEA)
Basic Two Week Drug Investigator School, DEA Task Force Agent
School, Florida Department of Law Enforcement (FDLE) Cannabis
Eradication Course, as well as other instruction either
directly or indirectly related to narcotics identification
and/or investigation.

2.     On June 25, 1999, agents with the St. Lucie County Sheriffs Department and DEA, utilizing a confidential source (CS), conducted a reverse sting operation involving the purchase of ten (10) kilograms of cocaine by Abel and Luis TRAVIESO.  This drug transaction had been arranged by the CS on June 23, 1999, in a controlled taped phone call to Abel TRAVIESO.  During this conversation, the CS told Abel TRAVIESO that the ten kilos of cocaine he had requested were arriving tomorrow night (June 24, 1999), and would be ready on June 25, 1999.

3.     On June 25, 1999, the CS made a series of controlled taped telephone calls to Abel TRAVIESO.  The first call, at approximately 12:30 am, was made to inform Abel TRAVIESO that his ten kilos of cocaine was ready to be picked up.  Abel TRAVIESO agreed to drive to Fort Pierce the next morning. During the conversation, Abel TRAVIESO told the CS that he did not have a drivers license, and that his brother would also be driving to Fort Pierce in a separate vehicle.  Abel TRAVIESO did not tell the CS the type of vehicles that he and his brother would be driving.  Abel TRAVIESO told the CS that his brother would be taking the cocaine back "down south." Abel TRAVIESO also told the CS that he did not have the money for the cocaine, but that if the cocaine could be "fronted," he would have the money by the end of the week (week of June 28, 1999), and that he could "get rid of a bunch quickly."   Abel

TRAVIESO asked the CS to "come down south" and do the deal so that they could pay for two of the kilos of cocaine. Abel TRAVIESO then agreed to do the deal at the CS's residence. The CS and Abel TRAVIESO agreed on the price of $17,500 for the first two kilos of cocaine, and $15,000 for the remaining kilos of cocaine. Abel TRAVIESO agreed to meet at the CS's residence at 10:30 am.

4.    On June 25, 1999, at approximately 10:00 am agents set up surveillance of the CS's apartment in the 3400 block of N. A1A, Ft. Pierce, Florida. Agents placed a concealed video camera inside the CS's apartment to tape the transaction and also placed an orange duffel bag containing the ten kilos of cocaine in the apartment.

5.    At approximately 10:30 am, agents observed a white Ford van drive along the road on the west side of the apartment building. The white Ford van parked at the rear of the apartment. At this time, agents also observed a grey Infiniti, occupied by a white male, later identified as Luis TRAVIESO, drive north on A1A past the apartment building. The vehicle then turned west on the first street north of the apartment building. Agents observed the grey Infiniti drive very slowly down the street to the dead end, turn around, and drive very slowly back to A1A. Approximately ten minutes later, the CS advised agents that Abel TRAVIESO had transferred the ten kilos of cocaine from the orange duffel

3

bag into a cardboard box that he had recovered from inside his van. The CS also told agents that Abel TRAVIESO had left the apartment. A few minutes later, agents observed the white Ford van start to exit the parking lot. Agents operating the electronic recording equipment received confirmation from the CS that Abel TRAVIESO had picked up the ten kilos of cocaine.

6. At that point, agents in the surveillance van approached the grey Infiniti, occupied by a Luis TRAVIESO. The vehicle drove along the paved road next to the apartment building, and drove past the white Ford van onto a dirt portion of the road. The white Ford van then attempted to leave and was blocked in by the agent's van. Agents then approached the van and arrested the driver, identified as Abel TRAVIESO. Agents found the ten kilos of cocaine in a cardboard box inside the van.

7. Agents observed the grey Infiniti, driven by Luis TRAVIESO, continue slowly down the road. Agents approached the vehicle instructing the driver to stop. Luis TRAVIESO stopped the vehicle, then started, and sped off down the road. Agents followed the Infiniti down the road, which dead ended. When they arrived at the end of the road, agents found the abandoned vehicle. Law enforcement officers began searching the area for Luis TRAVIESO and discovered him swimming across a canal. As agents approached the canal from the opposite side, Luis TRAVIESO was ordered to stop and complied. As Luis

4

TRAVIESO returned back to the canal bank, he was arrested. At the time of his arrest, Luis TRAVIESO told agents that he jumped into the canal to cool off because he was hot. Agents noted that Luis TRAVIESO had attempted to swim the canal fully clothed, and carrying his cell phone in his hand.

8.    The ten kilos of cocaine inside the cardboard box was processed for latent prints. A thumb print on one of the packages of cocaine matched the thumb print of Abel TRAVIESO. Further, your affiant sayeth naught.

Ronald M. Caudell
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed before me this _14_ day of July 1999.

Ann E. Vitunac
United States Magistrate Judge

5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## NORTHERN DIVISION

### Case No. 99-58-FJL

IN RE:

CRIMINAL COMPLAINT

_____/

### CRIMINAL COVER SHEET

1.   Did this case originate from a matter pending in the United
     States Attorney's Office prior to April 1, 1999?
     _____  Yes   __X__ No

2.   Did this case originate from a matter pending in the Central
     Region of the United States Attorney's Office prior to April
     1, 1999?  _____Yes   ___X___  No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

              BY:

                              _____
                              ASSISTANT UNITED STATES ATTORNEY
                              Fla. Bar No.
                              500 Australian Avenue, Suite 400
                              West Palm Beach, FL 33401
                              Tel: 561-820-8711
                              Fax: 561-659-4526