# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

April 17, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



RE: 01-10334-I     USA v. Luis Travieso
DC DKT NO.: 99-14039 CR-DMM

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-10334-I

UNITED STATES OF AMERICA,

                                            Plaintiff-Appellee,

versus

LUIS TRAVIESO,

                                            Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

Before **TJOFLAT, EDMONDSON and WILSON, Circuit Judges.**

BY THE COURT:

    This appeal is DISMISSED for lack of jurisdiction. Assuming the notice of appeal was filed on November 29, 2000, as specified in the certificate of service, it is untimely from the judgment entered on May 25, 2000. Fed.R.App.P. 4(b) & (c)(1); <u>Houston v. Lack</u>, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988).

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia